DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TRAVIS CARTER COSTELLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2670

_____

February 25, 2026

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Travis Carter Costello, pro se.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.